UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-34450
GRZEGORZ KUCHARZAK AND  )
SYLWIA KUCHARZAK,  )  Chapter: 7
)
)  Honorable Janet S. Baer
)  DuPage
)
Debtor(s)  )

## ORDER DENYING DEBTORS' DISCHARGES

This matter coming to be heard on the motion of the United States Trustee for the Northern District of Illinois objecting to Grzegorz and Sylwia Kucharzak's discharges pursuant to 11 U.S.C. § 727(a)(8), notice having been given and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the Debtors, GRZEGORZ AND SYLWIA KUCHARZAK, are denied discharges pursuant to 11 U.S.C. § 727(a)(8).

IT IS FURTHER ORDERED that the Clerk is directed to serve notice to all creditors that the Debtors have been denied discharges.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 01, 2019

**Prepared by:**

M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5054